UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 31 2018 ★

BROOKLYN OFFICE

BRYAN WILLIAMS, Individually,

        Plaintiff,

vs.

BELT ROCK REALTY LLC, a New York
Limited Liability Company, and 2000
ROCKAWAY PARKWAY ASSOCIATES, a
New York Partnership,

        Defendants.

Case No. 1:17-cv-4668-ERK-SMG

### NOTICE OF VOLUNTARY DISMISSAL
### AS TO DEFENDANT BELT ROCK REALTY LLC

COMES NOW Plaintiff, Bryan Williams, Individually, by and through undersigned counsel, and herein files this Notice of Voluntary Dismissal as to Defendant, BELT ROCK REALTY LLC, a New York Limited Liability Company. Nothing herein shall affect the lawsuit between Plaintiff, Bryan Williams, against Defendant, 2000 ROCKAWAY PARKWAY ASSOCIATES, a New York Partnership.

So ordered:
s/ ERK
1/31/18

Respectfully Submitted,

/s/Lawrence A. Fuller
Lawrence A. Fuller, Esquire (LF 5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
Lfuller@fullerfuller.com

Keith Harris, Esq. (KH 4604)
Braff, Harris, Sukoneck & Maloof
305 Broadway, 7th Floor
New York, NY 10007
(973) 994-6677
(973) 994-1296 - Facsimile
kharris@bhsm-law.com

Counsel for Plaintiff Bryan Williams

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2018, the foregoing Notice of Voluntary Dismissal has been electronically filed with the Court via the CM/ECF system, and hereby served via US Mail to Defendant, BELT ROCK REALTY LLC, c/o Jenel Management, Registered Agent, 275 Madison Avenue, Suite 702, New York, NY 10016, and c/o Jenel Management, Registered Agent, 275 Madison Avenue, Suite 1100, New York, NY 10016; and to Defendant, 2000 Rockaway Parkway Associates, c/o ISJ Management, Registered Agent, 110 West 34th Street, New York, NY 10001.

/s/Lawrence A. Fuller
Lawrence A. Fuller, Esquire (LF 5450)