UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

☆    **MAR 0 8 2018**    ★

BROOKLYN OFFICE

BRYAN WILLIAMS, Individually,

        Plaintiff,

vs.

Case No. 1:17-cv-4668-ERK-SMG

BELT ROCK REALTY LLC, a New York
Limited Liability Company, and 2000
ROCKAWAY PARKWAY ASSOCIATES,
a New York Partnership,

        Defendants.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(B)

    Plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1)(B), hereby gives notice of the dismissal of this action with prejudice and on the merits, a resolution of all matters in dispute having been made pursuant to a Consent Decree so-ordered in the case entitled <u>Williams v. Belt Rock Realty, LLC and 2000 Rockaway Associates</u> (U.S.D.C./E.D.N.Y. 17-CV-02762-JFB-SIL).

        Respectfully submitted,

Dated:  March 2, 2018

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF 5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com
and
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
305 Broadway
New York, NY 10007
(973)994-6777
Fax: (973)994-1296
Email: kharris@bhs-law.com
*Counsel for Plaintiff*

So ordered.

s/ ERK

3/6/18